AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Laurel Hillbert<br>2039 New Hampshire Avenue, N.W.<br>Washington, D.C. 20009<br><br>*Plaintiff(s)*<br><br>v.<br><br>DRINNEN, LLC<br>1515 3rd Street<br>San Francisco, CA  94158<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DRINNEN, LLC
SERVE:
CT CORPORATION SYSTEM
1015 15th St NW, Suite 1000
Washington, DC  20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric L. Siegel
Eric Siegel Law PLLC
888 17th Street, N.W.
Suite 1200
Washington, DC  20006
Phone: 771-220-6116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*