UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAUREL HILBERT,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 24-00584 (AHA) |

## Order

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to compel arbitration and stay these proceedings, ECF No. 13, is **GRANTED**. This action is **STAYED** pending the completion of arbitration. The parties are directed to file a joint status report advising the Court of the status of arbitration within 90 days of this order and every 90 days thereafter.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　AMIR H. ALI
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:   January 7, 2025